Sylvia **DOMENECH–FERNANDEZ,**
Plaintiff, Appellant,

v.

**DIVERSIFIED INFORMATION SYSTEMS CORP., et al.,**
Defendants, Appellees.

No. 91–1558.

United States Court of Appeals,
First Circuit.

Feb. 25, 1992.

José R. Pérez–Anzalota, San Juan, P.R., for appellant.

José Hamid Rivera, with whom Saldaña, Rey & Alvarado, Hato Rey, P.R., was on brief, for appellees.

Before TORRUELLA, Circuit Judge, BOWNES, Senior Circuit Judge, and SKINNER,* District Judge.

PER CURIAM.

Upon full review of the record in this case, and having had the benefit of the briefs and oral argument of the parties, we are of the opinion that summary judgment was properly entered by the district court on behalf of appellees. We thus affirm said judgment on the basis of that court's opinion.

* Of the District of Massachusetts, sitting by desig-

*Affirmed.* Costs are granted to appellees.